## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Criminal Action No:**
**1:25-10205-WGY**

**UNITED STATES**
**Plaintiff**

**Brandon Bendall**
**Defendant**

## SCHEDULING ORDER

**YOUNG, D.J.**

**An initial status conference in accordance with LR 116.5 was held on 7/15/2025.**

**Any substantive motions are to be filed by 12/1/2025.  See LR 116.3(E) and (H).**

**Response to any motion is to be filed on or before 12/15/2025.  See LR 116.3(I).**

**A Final Pretrial Conference will be held on 12/22/2025 at 2:00 PM.**

**A joint memorandum in accordance with LR 116.5(C) is to be filed by**

**12/22/2025. A tentative trial date has been set for January 26, 2026 at 9:00 AM.**

**The time between 5/28/2025 and 1/26/2026 is excluded with the**

**agreement of the defendant in the interest of justice as stated on the record.**

**By the Court,**

 **/s/ Kellyann Belmont**
**Deputy Clerk**

**July 15, 2025**